UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  RONALD W. LIVERS & ADRIANE M. LIVERS    :    CASE NO. 10-16633-mdc

FIRST AMENDED CHAPTER 13 PLAN

1. The future earnings of the debtor are submitted to the supervision and control of the Trustee and the debtor – Debtor shall pay the Trustee the sum of $370.00 monthly for a period of Six (6) months amounting to $2,220.00 . and thereafter, payments of **$673.70 over 54 months, amounting to $36,379.80** for that period and resulting in a total plan payment of $38,599.80 over sixty (60) months:

2. From the payment so received, the Trustee shall make distributions in the following order of payment:
    (a) To the Standing Trustee, his costs, expenses and commissions in accordance with certain statutes, then

    (b) To the Attorney for the Debtor (s), in the sum of $1,200. 00 or such sum as is allowed by the Court, upon application duly made and order entered, then

    (c) For or on account of administration expenses provided for under the Code or allowed by the Court, then

    (d) To the Priority Creditors of the Debtor (s), full payment in deferred cash payments, of all claims entitled to priority under Section 507 of the U.S. Bankruptcy Code. NONE

    (e) To the SECURED CREDITORS of the Debtor (s), as follows:
        DELINQUENT COUNTY REAL ESTATE TAXES FOR 2008 & 2009 . . . $11,016.16
        DELIQUENT PERKIOMEN VALLEY SCHOOL TAXES POC #17 (2009). .    5,123.47

    Any secured creditors will be paid outside the Plan.

    (f) Subsequent to—pro rata with dividends to secured creditors (if any) dividends to unsecured creditors whose claims are timely filed, and duly allowed as follows:

    Unsecured creditors whose claims are timely filed and approved shall be paid a pro rata distribution of remaining funds.    Trustees commission not to exceed 10 %

**Total to be paid under the Plan . . . . $38,599.80**

3. The following executory contracts are rejected: None.

4. The amount of a creditor's claim shall be fixed by the sum set forth in the Plan (as a percentage of the total amount to be paid through the plan). In absence of an objection, and if the Plan is confirmed, this amount shall constitute a finding as to the arrears owed.

5. Title to the debtor's property shall revest in the debtor on confirmation of the Plan – upon dismissal of the case after confirmation pursuant to the Bankruptcy Act.

Dated: January 4, 2011    /s/ Ronald W. Livers            /s/ Adriane M. Livers
                RONALD W. LIVERS, DEBTOR    A DRIANE M. LIVERS, CO-DEBTOR

Acceptances may be mailed to: Wayne R. Cromie, Esq  401 West Johnson Highway, Norristown, PA 19401